IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Laura Fashing,
United States Magistrate Judge**

## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE TITLE**: | *Doe et al v. Espanola Public Schools et al* | **DATE**: | Thursday, May 10, 2018 |
| **CASE No**: | 1:17-cv-00917-KK-LF | **COURTROOM CLERK**: | CCP |
| **PROCEEDINGS COMMENCED**: | 2:00 p.m. | **COURT IN RECESS**: | 2:18 p.m. |

**TYPE OF PROCEEDING**: *Status Conference*

| **ATTORNEYS PRESENT FOR PLAINTIFFS**: | **ATTORNEYS PRESENT FOR DEFENDANTS**: |
|---|---|
| Carolyn M. Nichols<br>Alicia Consuelo Lopez | James Grubel on behalf of Espanola Public Schools & Ruby E. Montoya<br><br>Henry F. Narvaez and Ashlee M. Wright on behalf of Gary F. Gregor |

**The following issues were discussed**:

I. The Court will set a settlement conference on August 14, 2018 at 9:00 a.m.

II. No later than the close of business of Monday, May 14, 2018, Mr. Narvaez and Mr. Grubel will confirm with chambers (fashingchambers@nmcourt.fed.us, or 505-348-2360) that their clients are available on August 14, 2018. If not available on August 14, 2018, they will notify chambers if they are available on the alternate date of August 15, 2018.